RECEIVED USMS-LA
04/09/2024
FID# 11660610

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
MAY -1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY  mmc  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>DAREN LI,<br>DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 2:24-mj-02055-DUTY |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **DAREN LI** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h).

REC: BY AUSA        Detention

April 8, 2024
Date

HONORABLE PATRICIA DONAHUE
Name of Magistrate Judge

*Patricia Donahue*
Signature of Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):

LOS ANGELES, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | GARCIA, D   DUSM | ms |
| DATE OF ARREST<br>5/1/24 | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: 1982 | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |

**LAST KNOWN RESIDENCE:**

**LAST KNOWN EMPLOYMENT:**

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

**INVESTIGATIVE AGENCY NAME:**

**INVESTIGATIVE AGENCY ADDRESS:**

**NOTES:**