UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:24-CR-0311-SVW-002 | Date: 05/16/2024 |
| Present: The Honorable: | Rozella A. Oliver, U.S. Magistrate Judge | |
| Interpreter | Samuel Chan | Language: Mandarin |

| Teagan Snyder | 05/16/2024 | Nisha Chandran |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | ✔ Present | In Custody | Attorneys for Defendants: | ✔ Present | DFPD |
|---|---|---|---|---|---|
| Yicheng Zhang | | | James S. Threatt | | |

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Samuel Chan; Language: Mandarin
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 7/9/2024 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    PSASA
   ✔ USMLA    USMED    USMSA
   Statistics Clerk         ✔ Interpreter
   CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: TS by TRB