JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785/2429
    Facsimile: (213) 894-0141
    E-mail:    maxwell.coll@usdoj.gov
               nisha.chandran@usdoj.gov
STEFANIE SCHWARTZ (Vir. Bar No. 96471)
Trial Attorney
Computer Crime and Intellectual Property Section
    1301 New York Ave. NW, Suite 600
Washington, D.C. 20530

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAREN LI,<br><br>        Defendant. | No. CR 24-00311-RGK-1<br><br>[PROPOSED] ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT DAREN LI |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The sentencing hearing for defendant DAREN LI is continued from March 3, 2025, to July 14, 2025, at 10:00 a.m.

_____        _____
DATE        HONORABLE R. GARY KLAUSNER
      UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Maxwell Coll*
_____
MAXWELL COLL
Assistant United States Attorney