```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  DAVID T. RYAN
    Assistant United States Attorney
 3  Chief, National Security Division
    MAXWELL COLL (Cal. Bar No. 312651)
 4  Assistant United States Attorney
    Cyber & Intellectual Property Crimes Section
 5  NISHA CHANDRAN (Cal. Bar No. 325345)
    Assistant United States Attorney
 6  Corporate and Securities Fraud Strike Force
         1500 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-1785/2429
         Facsimile: (213) 894-0141
 9       E-mail:    maxwell.coll@usdoj.gov
                    nisha.chandran@usdoj.gov
10  STEFANIE SCHWARTZ (Vir. Bar No. 96471)
    Trial Attorney
11  Computer Crime and Intellectual Property Section
         1301 New York Ave. NW, Suite 600
12       Washington, D.C. 20530

13  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00311-RGK-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT DAREN LI |
| v. | |
| DAREN LI, | [63] |
| Defendant. | |

///

///

///

For good cause shown, IT IS HEREBY ORDERED THAT:

The sentencing hearing for defendant DAREN LI is continued from March 3, 2025, to July 14, 2025, at 10:00 a.m.

2/24/2025

DATE

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Maxwell Coll*
MAXWELL COLL
Assistant United States Attorney