UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:24−cr−00311−RGK | Date   3/3/2025 |

Present:   The Honorable <u>R. GARY KLAUSNER, United States District Judge</u>
Interpreter:   <u>Yanyan Liu (Mandarin Language Interpreter)</u>

|   Joseph Remigio   |   Marea Woolrich   |   Alexander Gorin   |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **USA v. DEFENDANT(S) PRESENT**: | **ATTORNEYS PRESENT FOR DEFENDANT(S)**: |
|---|---|
| 2. Yicheng Zhang, Custody<br>REG 15441 511 | 2. Errol Stambler, Retained |

**PROCEEDINGS:      CHANGE OF PLEA**

X    Defendant moves to change plea to the <u>Indictment</u>.

X    Defendant sworn.

X    Defendant enters a new and different plea of GUILTY to <u>1</u>.

X    The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X    The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday, <u>June 23, 2025 at 10:00 AM</u> for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before <u>5/23/2025</u>.

X    Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X    The Court vacates the <u>April 15, 2025</u> trial date as to this defendant.

:17<br>Initials of Deputy Clerk: jre

cc: USPO