Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, California 90024
O:     (310) 473-4525
Email:estambler@msn.com
California State Bar Number: 58374

Party for: Yicheng Zhang

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) | Case No. 24CR00311-RGK |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER [73] |
| Yicheng Zhang, | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN FOUND, It is hereby Ordered that the sentencing previously set for June 23, 2025, at 10:00 AM is now continued to July 28, 2025, at 10:00 AM.

Date:  05/30/2025             _____

The Honorable R. Gary Klausner

United States District Judge