Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, California 90024
O:    (310) 473-4525
Email:estambler@msn.com
California State Bar Number: 58374

Party for: Yicheng Zhang

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 24 CR 00311-RGK-2 |
| Plaintiff, | ) | |
| vs. | ) | ORDER [76] |
| Yicheng Zhang, | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN FOUND, It is hereby Ordered that the sentencing previously set for July 28, 2025, at 10:00 AM as to defendant Yicheng Zhang is now continued to September 15, 2025, at 10:00 AM.

IT IS SO ORDERED.

Date: 6/24/2025

_____
The Honorable R. Gary Klausner
United States District Judge